IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**BILL CLARK**                                                                                      **PLAINTIFF**

    **v.**                    **CASE No.  2:08-cv-00197 BSM**

**CITY COUNCIL OF THE CITY OF AUGUSTA,
ARKANSAS, A Public Body Corporate;
JIMMY RHODES, Individually And In His
Official Capacity as the Mayor of the City of
Augusta, Arkansas; and ROCKY TIDWELL,
Individually and in his Official Capacity as a
Member of the City Council of the City of
Augusta, Arkansas**                                                                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

    The parties have settled all claims herein.  Therefore, all claims are dismissed with prejudice.

    IT IS SO ORDERED this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE